UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    William Suter,<br><br>    Debtor. | Chapter 7<br>Bankruptcy No. 24-14117-PMM |

## Notice of Continued Meeting of Creditors

The 341 meeting of creditors in the above captioned case has been continued to January 18, 2025, at 8 AM EST.

Date: December 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties on the attached mailing exhibit.

Date: December 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing Exhibit**

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Benjamin Gentvler
54 West Duval Street
Philadelphia, PA 19144

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cbna
Attn: Bankruptcy
P.O. Box 6497
Sioux Falls, SD 57117

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attn: Bankruptcy
One Citizens Dr
Providence, RI 02903

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

ComenityCapital/Boscov
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Flagship Credit Acceptance
PO BOX 3807
COPPELL, TX 75019-5877

Franklin Mint Federal Credit
Union
Attn: Bankruptcy
5 Hillman Dr , Ste 100
Chadds Ford, PA 19317-9998

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Macy's/ DSNB
Attn: Bankruptcy
701 E. 60th Street N
Sioux Falls, SD 57104

**Mailing Exhibit**

NMAC
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

WebBank/OneMain
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City, UT 84111