Certificate Number: 16339-PAE-DE-039418229

Bankruptcy Case Number: 24-14117



16339-PAE-DE-039418229

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 7, 2025, at 8:37 o'clock PM EST, William Suter completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 7, 2025

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor